## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-02279-KLM

STATEBRIDGE COMPANY, LLC, a Colorado limited liability company,

      Plaintiff,

v.

MARTIN-POWELL, LLC, a Texas limited liability company
d/b/a ACCUMATCH,

      Defendant.

## ANSWER, COUNTERCLAIM AND JURY DEMAND

Defendant/Counterclaimant Martin-Powell, LLC d/b/a Accumatch ("Accumatch"), through the undersigned counsel and in response to the Complaint dated July 27, 2018, hereby files its Answer, Counterclaim and Jury Demand as follows:

### ANSWER

1. As to paragraphs 1-7, 11 and 30 of the Complaint, Accumatch admits the allegations.

2. As to paragraphs 8 and 9 of the Complaint, Accumatch admits that it assists its clients with tax payment processing services, but denies the remainder of the paragraphs.

3. As to paragraphs 10, 15-16, 27-29 and 59 of the Complaint, Accumatch is without sufficient knowledge to admit or deny the allegations, and therefore denies the same.

4. As to paragraphs 12-14 and 17-19 of the Complaint, Accumatch states that the Agreement speaks for itself, and denies all allegations contrary to the express terms of the Agreement.

5. As to paragraphs 20, 31-55, 60-67, 69-89 and 94-129 of the Complaint, Accumatch denies the allegations.

6. As to paragraphs 21-26, 56-58, 68 and 90-93 of the Complaint, upon information and belief, Accumatch admits the allegations.

## AFFIRMATIVE DEFENSES

1. Plaintiff's claims are barred by its prior breach of contract.

2. Plaintiff failed to mitigate its damages, if any.

3. Plaintiff failed to comply with a condition precedent to asserting any claims against the Defendant.

## COUNTERCLAIM

1. Plaintiff Statebridge Company, LLC ("Statebridge") is a Colorado limited liability company with its principal place of business located at 5680 Greenwood Plaza Blvd., Suite 100S, Greenwood Village, Colorado, 80111.

2. Counterclaimant/Defendant Martin-Powell, LLC is a Texas limited liability company with its principal address located at 2711 LBJ Freeway, Suite 1065, Dallas, Texas, 75234. Counterclaimant does business using the trade name Accumatch.

3. On or about January 23, 2015, Statebridge and Accumatch entered into a Property Tax Intelligence Services Agreement ("Agreement"), attached to the Complaint as Exhibit 1.

4. Pursuant to paragraphs 3 and 4 of the Agreement, Statebridge agreed to pay

Accumatch for services provided under the Agreement.

4.  In accordance with the payment terms of the Agreement, Accumatch issued three invoices to Statebridge, totaling $41,776.92. Statebridge has not paid those invoices in any amount, even though nearly all of the charges are for properties other than the properties at issue in the Complaint.

5.  By failing to pay the invoices pursuant to the Agreement, Statebridge has breached the Agreement.

## COUNTERCLAIM
### (Breach of Contract)

6.  As stated above, the parties entered into the Agreement, and under the terms of the Agreement, Statebridge agrees to pay Accumatch for its services.

7.  Despite Accumatch's demand, Statebridge has not paid three invoices to Accumatch, totaling $41,776.92.

8.  Statebridge's failure to pay the amount due is a breach of the Agreement and has caused damages to Accumatch in an amount to be determined at trial.

## JURY DEMAND

Defendant/Counterclaimant Defendant/Counterclaimant Martin-Powell, LLC d/b/a Accumatch hereby demand a jury trial as to all issues so triable.

WHEREFORE, Defendant Martin-Powell, LLC d/b/a Accumatch respectfully requests that Plaintiff's Complaint be dismissed in its entirety, that judgment enter in favor of Accumatch on the claim for relief and the counterclaim for relief, and that Accumatch be awarded such other and further relief as the Court deems appropriate, including attorneys' fees and costs.

Respectfully submitted this 24th day of July, 2019.

    *s/ Stephen E. Csajaghy*
Stephen E. Csajaghy
Condit Csajaghy LLC
695 S. Colorado Blvd., Suite 270
Denver, CO 80246
Tel: (720) 287-6602
Fax: (720) 287-6605
steve@cclawcolorado.com

*Attorneys for Defendant/Counterclaimant Martin-Powell, LLC d/b/a Accumatch*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of July, 2019, I presented the foregoing **ANSWER, COUNTERCLAIM AND JURY DEMAND** to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Michael G. Milstein
Foster Graham Milstein & Calisher LLP
360 S. Garfield Street, 6th floor
Denver, CO 80209

    *s/ Trish Schart*
Trish Schart